[No. 41918-8-I.    Division One.    March 29, 1999.]

JOHN ADAMS, ET AL., *Respondents*, v. ROCKMEADOW
EQUESTRIAN CENTER, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-32002-3, Glenna Hall, J., entered Decem-
ber 1, 1997. *Affirmed in part* and *reversed in part* by un-
published opinion per Agid, A.C.J., concurred in by Grosse
and Cox, JJ.

[No. 41954-4-I.    Division One.    March 29, 1999.]

*In the Matter of the Marriage of* MARGARET R. SIMMONS,
*Respondent*, and DALE L. SIMMONS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-3-08072-5, Jeffrey M. Ramsdell, J., entered
December 11, 1997. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Becker and Appelwick, JJ.

[No. 41981-1-I.    Division One.    March 29, 1999.]

PUGET SOUND ELECTRICAL WORKERS HEALTH AND WELFARE
TRUST, ET AL., *Appellants*, v. RUSSELL A. DENO, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-25965-9, Peter Jarvis, J., entered Decem-
ber 5, 1997. *Reversed* by unpublished opinion per Becker,
J., concurred in by Cox, J., Baker, J., dissenting.

[No. 41994-3-I.    Division One.    March 29, 1999.]

MARCI PARKER-JONES, *Respondent*, v. EAGLE HARDWARE &
GARDEN, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-2-15355-9, Robert H. Alsdorf, J., entered
December 19, 1997 and January 7, 1998. *Affirmed* by un-
published opinion per Becker, J., concurred in by Cox and
Appelwick, JJ.